JUNE 10, 1968.

■■■■■■■■■

No. 69. VOLKSWAGENWERK AKTIENGESELLSCHAFT *v.* FEDERAL MARITIME COMMISSION ET AL., 390 U. S. 261. Upon consideration of motion of petitioner to amend judgment and retax costs, the judgment heretofore issued in this case on April 1, 1968,▮ is amended to tax one-half of the costs in favor of petitioner and against respondents Pacific Maritime 'Assn. and Marine Terminals Corp. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Cecelia H. Goetz* and *Richard Whiting* on the motion. *Solicitor General Griswold* and *Robert N. Katz* for the Federal Maritime Commission et al., *R. Frederic Fisher* for Pacific Maritime Assn., and *William W. Schwarzer* for Marine Terminals Corp., in opposition.

No. 1706, Misc. FLETCHER *v.* WAINWRIGHT, CORRECTIONS DIRECTOR;

No. 1725, Misc. HILL *v.* WARDEN, MARYLAND HOUSE OF CORRECTION; and

No. 1746, Misc. CAMPBELL *v.* CLARK, ATTORNEY GENERAL, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.